IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>NIRAV B. PATEL,<br>        Defendant. | )<br>)<br>)<br>)  Dist. Cause No. 3:23CR30076 SPM<br>)<br>)<br>)<br>) |

**DOCKETING STATEMENT**

COMES NOW Defendant-Appellant, Mr. Nirav Patel, by and through counsel, pursuant to Circuit Rules 3(c)(1) and 28(a) of the Seventh Circuit Rules of Procedure and files his Docketing Statement as follows:

The Government invoked the U.S. District Court for the Southern District of Illinois' jurisdiction under the criminal laws of the United States charging Defendant Mr. Nirav Patel in a Superseding Indictment with one count of violating 18 U.S.C. §§ 2, 1349 (Conspiracy to Commit Wire Fraud), three counts of violating 18 U.S.C. §§ 2, 1343 (Wire Fraud), and one count of violating 8 U.S.C. §§ 1325(a)(2) and 1329 (Illegal Entry). (Doc 39).

Mr. Patel waived arraignment on September 26, 2024, and pleaded not guilty to the charges. (Docs. 47, 54). Mr. Patel persisted in his not guilty pleas and proceeded to jury trial on February 3, through 7, 2025. (Docs. 78; 79; 81; 84; 86). The jury returned verdicts finding Mr. Patel guilty of all five counts in violation of 18 U.S.C. §§ 2, 1343, 1349 and 8 U.S.C. §§ 1325(a)(2) and 1329 on February 7, 2025. (Docs. 86; 91).

Mr. Patel appeared before the District Court on May 29, 2025, for sentencing. (Doc. 106). The District Court sentenced Mr. Patel to a total term of 144 months imprisonment each as to

Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. (Doc. 106). The Court also ordered Mr. Patel's term of imprisonment to run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. (Doc. 106). No term of supervised release was imposed by the Court. (Doc. 106). The Court imposed a special assessment of $410.00, restitution of $438,916.66 and waived any fine. (Doc. 106). The Judgment, Sentence, and Sealed Statement of Reasons was entered on May 29, 2025. (Docs. 108; 109).

    Mr. Patel timely filed his Notice of Appeal on May 30, 2025. (Doc 111). The Seventh Circuit Court of Appeals has appellate jurisdiction over this final criminal judgment pursuant to 28 U.S.C. §1291, 18 U.S.C. §3742, and Fed. R. App. P. 4(b). The U.S. District Court for the Southern District of Illinois is located within the jurisdiction of the U.S. Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. §41.

Respectfully submitted,

/s/Kim C. Freter
Kim C. Freter
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618) 482-9050
Fax:    (618) 482-9057
kim_freter@fd.org

ATTORNEY FOR DEFENDANT PATEL